SO ORDERED.

Dated: August 03, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11250

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-06647-CGC |
| Paul Gregory Guenther and Karen Louise Guenther<br>    Debtor | Chapter 7 |
| U.S. Bank, National Association | ORDER FOR ABANDONMENT |
|     Movant,<br>vs. | (Related to Docket #10) |
| Paul Gregory Guenther and Karen Louise Guenther, Debtor; Lothar Goernitz, Trustee. | |
|     Respondents. | |

On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's … interest in the following described real property is abandoned:

…

3055 East Mead Drive
Chandler AZ 85249

and legally described as:

Lot 122, BROOKS RANCH, according to Book 603 of Maps, page 23, records of Maricopa County, Arizona.